Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

# UNITED STATES DISTRICT COURT

### for the

Middle District of Florida

Orlando Division

| | |
|---|---|
| LENA MARIE LINDBERG,* Pro Se,<br>(In Re United States of America)<br>_____<br>_Plaintiff(s)_<br>V<br>VINCENT ALBERT CITRO, UNKNOWN BREVARD COUNTY ANIMAL SHELTER EMPLOYEE #1, UNKNOWN BREVARD COUNTY ANIMAL SHELTER EMPLOYEE #2, CARLY CHRISTENSEN, RICHARD APPLEBAUM, KIMBERLY BARDING, C. THOMPSON, HADI KHOURI, BRUCE BARNETT, JIM BLISS, KELLIE UNKNOWN LAST NAME, LAURIE UNKNOWN LAST NAME, LORI FRANCIS, UNNAMED GUNMAN, AUBREY BARBER, SAM EDWARDS, PHILIP GLEN ARCHER, M. MATHERS, PATRICIA REGO CHAPMAN, KELSEY CHASE, DAVID SILVERMAN, UNNAMED "AUCTIONEER", DAVID WILES, CRAIG FINKLESTEIN, HAROLD UHRIG, ROBERT BLAISE TRETTIS, GAIL FROM THE WOMEN'S CENTER, JAQUELYN ARES, ROBERT DAWIDIUK, UNNAMED BURGLARY ACCOMPLICE #1, UNNAMED BURGLARY ACCOMPLICE #2, UNNAMED BURGLARY ACCOMPLICE #3, JEANNIE HOFFHINE, DAVID BUTLER, CHRISTOPHER SHAW, GEORGE PENLEY, TUCKER MODERSON, EDWARD MELVIN FITZGERALD, BRUCE LEE ASSAM, JINELLE GILLETTE, ERIC THOMPSON_Defendant(s)_ | Case No. _____<br><br>_(to be filled in by the Clerk's Office)_<br><br>Jury Trial: _(check one)_ ☐ Yes ☒ No<br>(I am living in fear after being "hunted" by an organized criminal gang. I would like to distance myself from requiring to personally assist in prosecuting what are identified VIOLENT and dangerous criminal gang members using the RICO ACT statutes if this is at all possible)<br><br><br>* I am a person with a DISABILITY<br>* I have other matters pending in the Supreme Court<br>* See PENDENCY OF RELATED MATTERS filing for the earlier assigned to Judge Roy B. Dalton, referred by Magistrate Judge Gregory J. Kelly, cases involving the same evidence, same witnesses, same topics of law, etc |

## COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY
### (28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | LENA MARIE LINDBERG (Plaintiff requests to keep her physical location private for safety reasons and requests WITNESS PROTECTION) |
| Street Address | P.O. Box 372598 |
| City and County | Satellite Beach, Brevard County |
| State and Zip Code | Florida, 32937 (Plaintiff does NOT currently reside in Florida) |
| Telephone Number | 929-286-2229 (Plaintiff does NOT have access to a safe telephone presently) |
| E-mail Address | safariassistant@gmail.com |

(Plaintiff has additionally reported evidence of ongoing CYBER CRIMES committed against her which have earlier involved to include her email address earlier used in the 18th circuit for Brevard County, during earlier litigation, which exposed vulnerabilities to her online safety)

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

**Defendant No. 1**

Name
VINCENT ALBERT CITRO

Job or Title *(if known)*
Criminal Defense Attorney, hired by Principal Offender, Bruce Lee Assam for DUPLICATE representation over matters which Bruce Lee Assam initiated litigation for in the "civil court," against The Plaintiff, later identifying collusion, fraud, obstructions of justice, perjury/sabotage

Street Address
17 E Pine St.

City and County
Orlando, Orange County

State and Zip Code
Florida, 32801

Telephone Number
407-843-7733

E-mail Address *(if known)*
vince@horwitzcitrolaw.com          Florida Bar # 468657

**Defendant No. 2**

Name
UNKNOWN BREVARD COUNTY ANIMAL

Job or Title *(if known)*
SHELTER EMPLOYEE #1

Street Address
5100 West Eau Gallie Blvd

City and County
Melbourne, Brevard County

State and Zip Code
Florida, 32934

Telephone Number
321-253-6608

E-mail Address *(if known)*

**Defendant No. 3**

Name
UNKNOWN BREVARD COUNTY ANIMAL

Job or Title *(if known)*
SHELTER EMPLOYEE #2

Street Address
5100 West Eau Gallie Blvd

City and County
Melbourne, Brevard County

State and Zip Code
Florida, 32934

Telephone Number
321-253-6608

E-mail Address *(if known)*

**Defendant No. 4**

Name
CARLY CHRISTENSEN

Job or Title *(if known)*
Brevard County Sheriff Dept. Animal Care Technician PT

Street Address
5100 West Eau Gallie Blvd

City and County
Melbourne, Brevard County

State and Zip Code
Florida, 32934

Telephone Number
321-253-6608

E-mail Address *(if known)*
carly.christenson@bcso.us

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

**Defendant No. 5**

Name: RICHARD APPLEBAUM
Job or Title (if known): Co-Owner
Street Address: 1551 Forum Place #200
City and County: West Palm Beach, Palm Beach County
State and Zip Code: Florida, 33401
Telephone Number: 561-935-9788
E-mail Address (if known): applebaum@phippsreporting.com

**Defendant No. 6**

Name: KIMBERLY BARDING
Job or Title (if known): Deputy Clerk Eighteenth Judicial Circuit
Street Address: 2825 Judge Fran Jamieson Way
City and County: Melbourne, Brevard County
State and Zip Code: Florida, 32940
Telephone Number: 321-637-5413
E-mail Address (if known): kbarding@flcourts18.org

**Defendant No. 7**

Name: C. THOMPSON
Job or Title (if known): Deputy Clerk Eighteenth Judicial Circuit
Street Address: 2825 Judge Fran Jamieson Way
City and County: Melbourne, Brevard County
State and Zip Code: Florida, 32940
Telephone Number: 321-637-5413
E-mail Address (if known):

**Defendant No. 8**

Name: HADI KHOURI
Job or Title (if known): Bail Bondsman for Central Florida Bonding
Street Address: 2911 39th St Suite 300
City and County: Orlando, Orange County
State and Zip Code: Florida, 32839
Telephone Number: 407-841-3646
E-mail Address (if known): cfborlando@cfborlando.com

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

**Defendant No. 9**

| | |
|---|---|
| Name | BRUCE BARNETT (possible impersonation: see, "Jim Bliss") |
| Job or Title *(if known)* | (Retired) Brevard County Sheriff |
| Street Address | 1515 Sarno Rd. #B |
| City and County | Melbourne, Brevard County |
| State and Zip Code | Florida, 32935 |
| Telephone Number | 321-253-6658 |
| E-mail Address *(if known)* | brucebarnett@brevardsheriff.com |

**Defendant No. 10**

| | |
|---|---|
| Name | "JIM BLISS" |
| Job or Title *(if known)* | Fire Marshal & Code Enforcement |
| Street Address | 2055 South Patrick Dr. |
| City and County | Indian Harbour Beach, Brevard County   **WITNESS** |
| State and Zip Code | Florida, 32937 |
| Telephone Number | 321-773-3181 |
| E-mail Address *(if known)* | jbliss@indianharbour.org |

**Defendant No. 11**

| | |
|---|---|
| Name | "KELLIE"UNKNOWN LAST NAME |
| Job or Title *(if known)* | Property management |
| Street Address | 140 Tomahawk Drive |
| City and County | Indian Harbour Beach, Brevard County   **WITNESS** |
| State and Zip Code | Florida, 32937 |
| Telephone Number | 321-773-3423 |
| E-mail Address *(if known)* | |

**Defendant No. 12**

| | |
|---|---|
| Name | "LAURIE" UNKNOWN LAST NAME |
| Job or Title *(if known)* | Property management |
| Street Address | 140 Tomahawk Drive |
| City and County | Indian Harbour Beach, Brevard County |
| State and Zip Code | Florida, 32937   **WITNESS** |
| Telephone Number | 321-773-3423 |
| E-mail Address *(if known)* | |

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

(Francis is NOT the last name of this party. However this is the name they sign on what is discovered a FORGED and ALTERED September 11, 2020 Transcript, evidence submitted: AUDIO indicates LORI is the first name, last name is difficult to hear, but it defiantly NOT "Francis."

**Defendant No.**    **13**

| | |
|---|---|
| Name | "LORI FRANCIS"    FRAUD REPORTED |
| Job or Title *(if known)* | PHIPPS COURT REPORTING, "stenographer/fake person" |
| Street Address | 1551 Forum Place #200 |
| City and County | West Palm Beach, Palm Beach County |
| State and Zip Code | Florida, 33401 |
| Telephone Number | 561-935-9788 |
| E-mail Address *(if known)* | |

**Defendant No.**    **14**

(Incident date: 10/8/2020)

(Security camera footage reveals man, confirmed by IHBPD to have been HIRED BY Bruce Lee Assam, evidence filed)

| | |
|---|---|
| Name | UNNAMED GUNMAN |
| Job or Title *(if known)* | HITMAN FOR HIRE    (Bruce Lee Assam's gang member, identified, though nameless at this time) |
| Street Address | Information can be obtained through investigation into Bruce Lee Assam's AT&T phone record/contacts, Bruce Lee Assam has known this man who drives a white Mercedes sedan |
| City and County | seen on October 8, 2020 at 1009 Steven Patrick Ave Indian Harbour Beach, FL 32937 (transcript of phone call between Lena Marie Lindberg and Sergeant John Barberi of the IHBPD has been filed) |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No.**    **15**

(Witness to Domestic Violence VIOLATION reported to the IHBPD and USPIS on 7/31/2020. Video played for Judge Christina Serrano during the 8/17/2020 hearing for Lindberg v. Assam 05-2020-DR-031302)

(Currently in contempt for FTA hearing in response to issued subpoena for the earlier 9/11/2020 Assam v. Lindberg hearing with Judge George Turner III, #05-2020-CA-030642)

| | |
|---|---|
| Name | AUBREY BARBER |
| Job or Title *(if known)* | MAILMAN |
| Street Address | 1071 S Patrick Drive   Suite 101 |
| City and County | Satellite Beach, Brevard County    WITNESS |
| State and Zip Code | Florida, 32937 |
| Telephone Number | 800-275-8777 |
| E-mail Address *(if known)* | |

**Defendant No.**    **16**

| | |
|---|---|
| Name | SAMUAL EDWARDS    Florida Bar #553565 |
| Job or Title *(if known)* | Public Defender Eighteenth Judicial Circuit |
| Street Address | 2725 Judge Fran Jamieson Way |
| City and County | Viera, Brevard County |
| State and Zip Code | Florida, 32940 |
| Telephone Number | 321-617-7373 |
| E-mail Address *(if known)* | sedwards@pd18.net |

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

**Defendant No. 17**

| | |
|---|---|
| Name | PHILIP GLEN ARCHER   Florida Bar #405833 |
| Job or Title *(if known)* | States Attorney |
| Street Address | 2725 Judge Fran Jamieson Way |
| City and County | Viera, Brevard County |
| State and Zip Code | Florida, 32940 |
| Telephone Number | 321-637-5575 |
| E-mail Address *(if known)* | parcher@sa18.org |

**Defendant No. 18**

| | |
|---|---|
| Name | M. MATHERS   (Badge #666) |
| Job or Title *(if known)* | "Brevard County Deputy Sheriff" |
| Street Address | 700 Park St. |
| City and County | Titusville, Brevard County |
| State and Zip Code | Florida, 32780 |
| Telephone Number | 321-264-5201 |
| E-mail Address *(if known)* | |

**Defendant No. 19**

| | |
|---|---|
| Name | PATRICIA REGO CHAPMAN |
| Job or Title *(if known)* | Attorney for the Indian Harbour Beach Police Officers (#SC21-208) |
| Street Address | 201 E Pine St. #1200 |
| City and County | Orlando, Orange County |
| State and Zip Code | Florida, 32801 |
| Telephone Number | 407-422-4310 |
| E-mail Address *(if known)* | pchapman@drml-law.com |

**Defendant No. 20**

| | |
|---|---|
| Name | KELSEY CHASE |
| Job or Title *(if known)* | Judicial Assistant for Judge David Silverman |
| Street Address | 2825 Judge Fran Jamieson Way |
| City and County | Viera, Brevard County |
| State and Zip Code | Florida, 32940 |
| Telephone Number | 321-671-7284 |
| E-mail Address *(if known)* | Lisa.Elkhouri@flcourts18.org |

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

**Defendant No.** 21

| | |
|---|---|
| Name | JUDGE DAVID SILVERMAN |
| Job or Title *(if known)* | Brevard County Judge |
| Street Address | 2825 Judge Fran Jamieson Way |
| City and County | Viera, Brevard County |
| State and Zip Code | Florida, 32940 |
| Telephone Number | 321-671-7284 |
| E-mail Address *(if known)* | David. Silverman@flcourts18.org |

**Defendant No.** 22

| | |
|---|---|
| Name | UNNAMED "AUCTIONEER" |
| Job or Title *(if known)* | |
| Street Address | Information can be obtained from witness/suspect, |
| City and County | Defendant # 12. AUDIO/VIDEO from December |
| State and Zip Code | 11, 2020 references this information having been |
| Telephone Number | written on a card which fell out of The Plaintiff's |
| E-mail Address *(if known)* | hand when she was ASSAULTED and ILLEGALLY JAILED by Defendants; Utsler, Bernard, and Robins of BCSO |

**Defendant No.** 23

| | |
|---|---|
| Name | DAVID WILES |
| Job or Title *(if known)* | Building Department |
| Street Address | 40 Cheyenne Court |
| City and County | Indian Harbour Beach, Brevard County |
| State and Zip Code | Florida, 32937 |
| Telephone Number | 321-773-3030 |
| E-mail Address *(if known)* | |

**Defendant No.** 24

| | |
|---|---|
| Name | CRAIG FINKLESTEIN |
| Job or Title *(if known)* | Volunteer fireman |
| Street Address | 1116 Pine Tree Dr. |
| City and County | Indian Harbour Beach, Brevard County |
| State and Zip Code | Florida, 32937 |
| Telephone Number | 321-773-5505 |
| E-mail Address *(if known)* | |

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

**Defendant No. 25**

CURRENTLY IN CUSTODY

Name
Job or Title *(if known)*    HAROLD UHRIG        Florida Bar #196256
Street Address              529 Versailles Dr Suite 104
City and County             Maitland, Orange County
State and Zip Code          Florida, 32751
Telephone Number            407-831-1956
E-mail Address *(if known)*  huhrig@defensegroup.com

**Defendant No. 26**

Name                        ROBERT BLAISE TRETTIS
Job or Title *(if known)*    Public Defender Eighteenth Judicial Circuit
Street Address              2825 Judge Fran Jamieson Way
City and County             Viera, Brevard County
State and Zip Code          Florida, 32940
Telephone Number            321-637-5575
E-mail Address *(if known)*

**Defendant No. 27**

Name                        "GAIL" FROM THE WOMEN'S CENTER
Job or Title *(if known)*    unknown
Street Address              1425 Aurora Rd.    Or: 2525 Aurora Ste. 104
City and County             Melbourne, Brevard County
State and Zip Code          Florida, 32935
Telephone Number            321-607-6807
E-mail Address *(if known)*

**Defendant No. 28**

Name                        JAQUELYN ARES
Job or Title *(if known)*    Victim's Advocate/Women's Center
Street Address              1425 Aurora Rd
City and County             Melbourne, Brevard County
State and Zip Code          Florida, 32935
Telephone Number            321-242-3110        321-607-6807
E-mail Address *(if known)*  tsoper@womenscenter.net

# DEFENDANT #25

HAROLD UHRIG IS AREPEAT OFFENDER

(EARLIER INTERFERED WITH MS. LINDBERG'S LT: CASE # 05-2020-CF-052515 QUALIFYING AS PERJURY AND FRAUD TO BE ADDITIONALLY CHARGED WITH RELATED RICO ACT OFFENSES)

SEE SUPREME COURT OF FLORIDA CASE # SC21-208

Osceola County deputies started investigating after the victim reported the claims in July.



"The victim's father did a controlled phone call with the Attorney Mr. Uhrig [and] he said he couldn't talk about this over the phone any specifics so he wanted to meet in person," Lopez said.

# DEFENDANT #25

**HAROLD UHRIG IS A REPEAT OFFENDER**

**(EARLIER INTERFERED WITH MS. LINDBERG'S LT: CASE # 05-2020-CF-052515 QUALIFYING AS PERJURY AND FRAUD TO BE ADDITIONALLY CHARGED WITH RELATED RICO ACT OFFENSES)**

**SEE SUPREME COURT OF FLORIDA CASE # SC21-208**



# DEFENDANT #25

**HAROLD UHRIG IS AREPEAT OFFENDER**

**(EARLIER INTERFERED WITH MS. LINDBERG'S LT: CASE # 05-2020-CF-052515 QUALIFYING AS PERJURY AND FRAUD TO BE ADDITIONALLY CHARGED WITH RELATED RICO ACT OFFENSES)**

**SEE SUPREME COURT OF FLORIDA CASE # SC21-208**



# DEFENDANT #25

**HAROLD UHRIG IS AREPEAT OFFENDER**

**(EARLIER INTERFERED WITH MS. LINDBERG'S LT: CASE #
05-2020-CF-052515 QUALIFYING AS PERJURY AND FRAUD
TO BE ADDITIONALLY CHARGED WITH RELATED RICO
ACT OFFENSES)**

**SEE SUPREME COURT OF FLORIDA CASE # SC21-208**



# DEFENDANT #25

**HAROLD UHRIG IS A REPEAT OFFENDER**

**(EARLIER INTERFERED WITH MS. LINDBERG'S LT: CASE # 05-2020-CF-052515 QUALIFYING AS PERJURY AND FRAUD TO BE ADDITIONALLY CHARGED WITH RELATED RICO ACT OFFENSES)**

**SEE SUPREME COURT OF FLORIDA CASE # SC21-208**



SHOW TRANSCRIPT

# DEFENDANT #25



**HAROLD UHRIG IS AREPEAT OFFENDER**

**(EARLIER INTERFERED WITH MS. LINDBERG'S LT: CASE # 05-2020-CF-052515 QUALIFYING AS PERJURY AND FRAUD TO BE ADDITIONALLY CHARGED WITH RELATED RICO ACT OFFENSES)**

**SEE SUPREME COURT OF FLORIDA CASE # SC21-208**

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

**Defendant No.  29**

| | |
|---|---|
| Name | ROBERT DAWIDIUK   (Possible impersonation) |
| Job or Title (if known) | Attorney for "Larry Byrd" in the Illinois (Skokie) Court |
| Street Address | 770 Park Street Suite 200 |
| City and County | Naperville, Du Page County |
| State and Zip Code | Illinois, 60563 |
| Telephone Number | 630-527-1595 |
| E-mail Address (if known) | rdawidiuk@collinslaw.com |

**Defendant No.  30**

| | |
|---|---|
| Name | UNNAMED BURGLARY ACCOMPLICE #1 |
| Job or Title (if known) | |
| Street Address | Information unknown, security camera footage |
| City and County | available to help determine the identity of the |
| State and Zip Code | party, there are patterns detected revealing the |
| Telephone Number | presence of this party having involvement |
| E-mail Address (if known) | between at lease July 2019 through currently |

**Defendant No  31**

| | |
|---|---|
| Name | UNNAMED BURGLARY ACCOMPLICE #2 |
| Job or Title (if known) | |
| Street Address | |
| City and County | Information unknown, security camera footage |
| State and Zip Code | available to help determine the identity of the party, |
| Telephone Number | there are patterns detected revealing the presence of |
| E-mail Address (if known) | this party having involvement between at lease July 2019 through currently |

**Defendant No  32**

| | |
|---|---|
| Name | UNNAMED BURGLARY ACCOMPLICE #3 |
| Job or Title (if known) | |
| Street Address | |
| City and County | Information unknown, security camera footage |
| State and Zip Code | available to help determine the identity of the party, |
| Telephone Number | there are patterns detected revealing the presence of |
| E-mail Address (if known) | this party having involvement between at lease July 2019 through currently |

**Defendant No. 33**

| | |
|---|---|
| Name | **JEANNIE HOFFHINE** |
| Job or Title *(if known)* | Evidence Manager |
| Street Address | 40 Cheyenne Court |
| City and County | Indian Harbour Beach, Brevard County |
| State and Zip Code | Florida, 32937 |
| Telephone Number | 321-773-3030 |
| E-mail Address *(if known)* | jhoffhine@indianharbour.org |

**Defendant No. 34**

| | |
|---|---|
| Name | **DAVID BUTLER** |
| Job or Title *(if known)* | Chief of Police |
| Street Address | 40 Cheyenne Court |
| City and County | Indian Harbour Beach, Brevard County |
| State and Zip Code | Florida, 32937 |
| Telephone Number | 321-773-3030 |
| E-mail Address *(if known)* | dbutler@indianharbour.org |

**Defendant No. 35**

| | |
|---|---|
| Name | **"CHRISTOPHER SHAW"** |
| Job or Title *(if known)* | Police Officer |
| Street Address | 40 Cheyenne Court |
| City and County | Indian Harbour Beach, Brevard County |
| State and Zip Code | Florida, 32937 |
| Telephone Number | 321-773-3030 |
| E-mail Address *(if known)* | cshaw@indianharbour.org |

**Defendant No. 36**

| | |
|---|---|
| Name | **GEORGE PENLEY**   (Retired October 2020) |
| Job or Title *(if known)* | Corporal Detective |
| Street Address | 40 Cheyenne Court   /   154 Lansing Island Dr. |
| City and County | Indian Harbour Beach, Brevard County |
| State and Zip Code | Florida, 32937 |
| Telephone Number | 321-773-3030 |
| E-mail Address *(if known)* | gpenley@indianharbour.org |

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

**Defendant No.˙ 37**

| | |
|---|---|
| Name | TUCKER MODERSON |
| Job or Title *(if known)* | Police Officer |
| Street Address | 40 Cheyenne Court |
| City and County | Indian Harbour Beach, Brevard County |
| State and Zip Code | Florida, 32937 |
| Telephone Number | 321-773-3030 |
| E-mail Address *(if known)* | tmoderson@indianharbour.org |

**Defendant No. 38**

| | |
|---|---|
| Name | EDWARD MELVIN FITZGERALD  Florida Bar # 10391 |
| Job or Title *(if known)* | 1 of 2 attorneys hired by Bruce Lee Assam |
| Street Address | 200 S Orange Ave Suite 2600 |
| City and County | Orlando, Orange County |
| State and Zip Code | Florida, 32801 |
| Telephone Number | 407-425-8500 |
| E-mail Address *(if known)* | edward.fitzgerald@hklaw.com |

**Defendant No. 39**

| | |
|---|---|
| Name | BRUCE LEE ASSAM |
| Job or Title *(if known)* | 57 Trust |
| Street Address | P.O. Box 621538                    (117 Windward Way) |
| City and County | Oviedo, Seminole County        (Indian Harbour Beach, |
| State and Zip Code | Florida, 32762-1538            Brevard County, FL 32937) |
| Telephone Number | 321-720-2936 |
| E-mail Address *(if known)* | bkbassam@57trust.com |
| | bassam@holidaybuilders.com |

**Defendant No. 40**

| | |
|---|---|
| Name | JINELLE GILLETTE |
| Job or Title *(if known)* | Accountant for Bruce Lee Assam (Green Oak Partners) |
| Street Address | 1913 Brinkler Court   (Sister of Bruce Lee Assam, 57 Trust) |
| City and County | Oviedo, Seminole County |
| State and Zip Code | Florida, 32765 |
| Telephone Number | 407-865-0447 |
| E-mail Address *(if known)* | jgillette@57trust.com |

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

**Defendant No. 41**

| | |
|---|---|
| Name | DETECTIVE ERIC THOMPSON |
| Job or Title *(if known)* | Police Detective |
| Street Address | 40 Cheyenne Court |
| City and County | Indian Harbour Beach, Brevard County |
| State and Zip Code | Florida, 32937 |
| Telephone Number | 321-773-3030     321-426-6134 (cell) |
| E-mail Address *(if known)* | ethompson@indianharbour.org |

**Defendant No. 42**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 43**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 44**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.     The Plaintiff(s)

** RELEVANT for surrounding argument sake connected to earlier matters of litigation centering around the fact that Lena Marie Lindberg lived WITH Bruce Lee Assam at 117 Windward Way Indian Harbour Beach, FL 32937 while ENGAGED to become married, relevant to the matters, completely and entirely

1.     If the plaintiff is an individual

CURRENTLY**

The plaintiff, *(name)*     __Lena Marie Lindberg__     , is a citizen of the

State of *(name)*     __Illinois__     .

was

2.     If the plaintiff is a corporation

The plaintiff, *(name)*     __Lena Marie Lindberg__     , is incorporated

under the laws of the State of *(name)*     __New York, Nevada, Illinois__     ,

and has its principal place of business in the State of *(name)*

__Illinois, Nevada__     .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.     The Defendant(s)

1.     If the defendant is an individual

The defendant, *(name)*     __Vincent Albert Citro__     , is a citizen of

the State of *(name)*     __Florida__     . Or is a citizen of

*(foreign nation)*     _____     .

2.     If the defendant is a corporation

The defendant, *(name)*     __See Attached Page__     , is incorporated under

the laws of the State of *(name)*     _____     , and has its

principal place of business in the State of *(name)*     _____     .

Or is incorporated under the laws of *(foreign nation)*     _____     ,

and has its principal place of business in *(name)*     _____     .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

Crimes were committed in furtherance, and intentionally, which were to cause interference with matters earlier brought to the circuit court. The fraudulent action taken caused to prolong as well as escalate matters initially (still presently unheard) over Federal civil RICO matters centering around the $2,000,000.00 theft of Ms. Lindberg's earlier Illinois owed clothing store business asset property having been stolen by Bruce Lee Assam, he next involved (his personal friends), the police, to assault and injure The Plaintiff resulting in an ILLEGAL ARREST made to both cause to wrongfully frame and imprison The Plaintiff, as the acts were also a way for the police to create to further, abuse their authority while imposing malicious collateral attack against The Plaintiff who had earlier filed against six members of the Indian Harbour Beach Police Department PRIOR TO the ILLEGAL ARREST made on December 11, 2020 as part of the violent cover up conspiracy to conceal the earlier and intentionally un-investigated DEATH THREATS, REPEAT SEXUAL ASSAULT, CYBERCRIME, GRAND LARCENY, and patterned acts of organized criminal gang RACKETEERING and FINANCIAL FRAUD, etc., committed against The Plaintiff, which created to materialize in the process of the gang acting collectively to

**III.    Statement of Claim**  Suppress the evidence incriminating of the police and Bruce Lee Assam (civilian), proving the presence of an ENTERPRISE, a SECOND RICO ACT case, which visibly "overlapped," to expose Brevard County Court FRAUD, FORGERY, MISUSE OF DOCUMENTS, etc

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant, (name)  **VINCENT ALBERT CITRO**  , owes the plaintiff (specify the amount) $ 4,000,000.00 , because (use one or more of the following, as appropriate):

**A.    On a Promissory Note**

On (date) _____ , the defendant signed and delivered a note promising to pay the plaintiff on (date) _____ the sum of (specify the amount) $ _____ with interest at the rate of (specify the amount) _____ percent. The defendant has not paid the amount due and owes (state the amount of unpaid principal and interest) $ _____ . A copy of the note is attached as an exhibit or is summarized below. (Attach the note or summarize what the document says.)

**B.    On an Account Between the Parties**

The defendant owes the plaintiff (specify the amount) $ _____ . This debt arises from an account between the parties, based on (state the basis, such as an agreement between a credit-card company and a credit-card holder)

The plaintiff sent the defendant a statement of the account listing the transactions over a certain period and showing the bills sent, the payments received or credits approved, and the balance due. The defendant owes (specify the amount) $ _____ . Copies of the bills or account statements are attached as exhibits or summarized below. (Attach the statements or summarize what they say.)

**C.     For Goods Sold and Delivered**

The defendant owes the plaintiff (specify the amount) $ _____ , for goods sold and delivered by the plaintiff to the defendant from (date) _____ to (date) _____ .

**D.     For Money Loaned**

The defendant owes the plaintiff (specify the amount) $ _____ , for money the plaintiff loaned the defendant on (date) _____ .

**E.     For Money Paid by Mistake**

The defendant owes the plaintiff (specify the amount) $ _____ for money paid by mistake to the defendant on (date) _____ , when the defendant received the payment from (specify who paid and describe the circumstances of the payment)

_____

**F.     For Money Had and Received**

The defendant was paid money (specify the amount) $ See below ( *** ) Surrounding on (date) (Approximate) 06/08/2020 by (Identify who paid and describe the circumstances of the payment)

**His client, Bruce Lee Assam (the identified ex-fiancé to The Plaintiff, Ms. Lindberg)**   ***CIVIL INVESTIGATIVE DEMAND / Writ of Assistance motioned for by The Plaintiff in the Supreme Court of Florida RE: FBI investigation to uncover information which is presently unavailable to The Plaintiff to attach to this document form, fully and completely.

It is unjust for the defendant not to pay the plaintiff the money received because (explain the reason, such as that the money was intended to be paid to the plaintiff, or was paid by coercion, duress, or fraud, or was an overpayment or a deposit to be returned)

_____

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- the stolen property belonging to The Plaintiff's business, approximating $2,000,000.00

- the lost wages of The Plaintiff since 2018 as the result of theft covered by violence and an abuse of authority caused by an organized criminal gang utilizing to weaponize the courts against a true victim, which produced added costs surrounding the required participation in litigation which were not initiated by The Plaintiff, initially (Plaintiff on 9/11/2020 filed her 2018 IRS Tax statement proving what her business investments for that year were, identifying the lack of her having taken a salary, and as well, the, value of her property which was written off having ALL been picked up by the moving company, at this present time, remaining unreturned)

- fraudulent collection of illegally imposed bail paid to a bond agent company later identified non-existent accompanying threats

-the replacement of computer equipment necessary to safely participate in litigation remotely through use of online petitioning as the result of having been violently forced to flee The Plaintiff's temporary residence, in response to armed gang stalkers, and a burglary committed against The Plaintiff by JOINT PRINCIPAL OFFENDERS, Bruce Lee Assam and members of law enforcement who were present in addition to persons claiming to be "sheriffs," who were captured on security camera video footage breaking and entering while hiding behind claiming to be serving an illegitimately obtained writ of possession document which earlier caused to equally deprive The Plaintiff of her due process rights, (see complaint re: Judge George Britton Turner's intentional criminal actions committed on 7/27/2020 and 9/11/2020 also resulting to produce PHIPPS COURT REPORTING COMPANY ALTERED TRANSCRIPT which omitted portions of the "hearing," of a FAKE CASE earlier receiving "SUMMARY FINAL JUDGMENT" denying entirely The Plaintiff's twice filed and ignored, MOTION TO DISMISS, which proved the act of the fraud being visibly apparent prima facia)

PUNITIVE DAMAGES should be awarded as result of the malicious acts creating VIOLENT outcome for The Plaintiff, who's reputation has equally suffered as the result of a humiliating mugshot which has been visible online since December 11, 2020, The Plaintiff is innocent of the allegations placed against her, was denied access to a fair court process intentionally, and the result equally resulted in the ANIMAL ABUSE against her TWO ADA REGISTERED SERVICE ANIMAL DOGS she received back after being forced to pay over $200 without explanation after the dogs we stolen from her while she caused to intercept what was the intended kidnap and conspiracy to murder crimes disguised as a legitimate arrest which resulted instead to have become the false imprisonment against a witness and victim, additionally causing to have ILLEGALLY separated Ms. Lindberg since December 11, 2020 from her VEHICLE, which she has been unjustly reliant upon loved ones to support the storage fees of her property totaling over $1500.00 monthly she is required to pay back once Ms. Lindberg can in the future, afford to correct what personal loans she has relied on to continue arguing while seeking justice for what is the cause of her reporting that she was RAPED and that her property was STOLEN by an organized criminal gang, the police later revealed themselves as proving PART OF, making law enforcement actually the MAJORITY OF THE PROBLEM, as opposed to having provided any protection or solution in response to the actual crimes which The Plaintiff earlier reported, accompanying substantial amount of proof surrounding, which the police further added to discriminate against her while further stripping her of her rights while aiming to steal and destroy court case evidence incriminating of the police, and related parties. The Plaintiff has been unable to close out storage and office space contract obligations being billed on a MONTHLY BASIS, due to the presence of illegitimate bench warrants imposed to harm The Plaintiff further, this as the result of the public defenders found coercing with Vincent Albert Citro, as proof was filed to the Supreme Court of Florida back in February 2021, centering around the suggestion to administer a "faretta inquiry," while Ms. Lindberg's argument was that the public defenders were NOT DOING THEIR ONE AND ONLY JOB, which they were court ordered to do on December 12, 2020, that being to DEFEND Ms. Lindberg, while the evidence filed additionally proves that they had involvement in the THREATS targeting her family by the "bond agent company," as they equally denied the evidence Ms. Lindberg was encouraging the public defenders to better understand, what existing legal matters on petition for writ of certiorari caused her illegal arrest to produce collateral attack against her by and through the police aiming to avoid consequence for their earlier actions, by involving additional law enforcement parties who were earlier identified for ALTERING and DESTROYING AUDIO/VIDEO file evidence from June 1, 2020, identifying the evidence submitted to the police which was additionally played during the injunction hearing on August 31, 2021 (Judge Serrano denies the evidence for as well,) confirming that Bruce Lee Assam did in fact, tell Ms. Lindberg how he intended to KILL HER, while further elaborating on this threat from January 10, 2020, claiming he had texted her father and told him how he would in fact, kill his daughter (Lena Marie Lindberg), both the police and court denies hearing, despite this being visible in the transcripts which were FILED BY MS. LINDBERG then REDACTED by the clerks, and/or the attorneys aiming to SABOTAGE the record on appeal, which ultimately is responsible for having placed Ms. Lindberg further in danger, and deserves HELP to uncover what additional CYBER CRIMES have unknowingly impacted Ms. Lindberg and her family's life, as for Ms. Lindberg understanding that she has been HACKED as pattern, has abstained from using a cell phone for months, over the fear of what capabilities the malicious law enforcement parties have access to utilizing while intending to further harm her, as it is easy to manipulate metadata, etc., and they have already made false statement claims with regard to wrongly having accused her of "wire tapping" Bruce Lee Assam, when in fact, THE OPPOSITE IS TRUE, and Ms. Lindberg and her family are the ones who instead have suffered from the intentional invasion of their rights to privacy. These crimes were reported to the FBI, CIA, DOJ, IC3, etc., producing no visible results for correction of the problems, which have also impacted The Plaintiff and her family's home internet etc., resulting in the additional lawsuits filed against ILLINOIS LAW ENFORCEMENT for additionally failing to assist matters reported to them back in February 2021.

# SEE INFORMATION IN THE ATTACHED FILING, (LONG FORM) APPLICATION TO PROCEED WITHOUT PAYING COSTS

Vincent Albert Citro, employed to represent Bruce Lee Assam, committed a series of patterned acts proven in the circuit court as FRAUDULENT, which caused to defame The Plaintiff in the eyes of the court early into matters surrounding a Domestic Violence Injunction. The reported FIVE VIOLATIONS to the injunction result in NO ARREST made against Bruce Lee Assam, further resulted in retaliation against a victim, SLANDER, and caused the need for separate, additional filings against new parties individually, which soon exposed to identity the materialized presence of an ENTERPRISE. The Plaintiff and her family were threatened and exploited as the evidence points to Vincent Albert Citro being the PRIMARY SUSPECT/ REPEAT JOINT PRINCIPAL CRIMINAL OFFENDER responsible for the coerced involvement of the other parties who held positions of authority, and to which The Plaintiff has demonstrated proof identifying that these judicial and law enforcement parties have in fact abused their authority for FRAUDULENT GAIN, which parties would not have otherwise had reason to act in furtherance, had it not been for Vincent Albert Citro's encouragement to proceed by and through the intentional denial of the evidence, manipulation of the court process resulting in the absolute and complete denial of access to a fair court process since June 29, 2020 for Ms. Lindberg. Vince Albert Citro coerced three police officers to forge a document qualifying as an act of perjury, he then used to slander Ms. Lindberg while wrongfully accusing her of trespassing at an address witnesses confirm she was not even at, as the form was also intentionally backdated and the evidence in support of the fraud lists to include that Bruce Lee Assam placed a phone call to the police on June 4, 2020, indicating he intended to use camera footage from May 26, 2020, which is why the form listed May 4th 2020 instead of June 4, 2020 which is actually when the incident occurred.

Vince Albert Citro caused to manufacture and plant the false evidence into the courts early into matters which escalated to become complex litigation topics for argument over everyones's unique and separate involvement forming themed pattern of outcome goal, which was to discriminate against Ms. Lindberg, while creating a biased outcome for Bruce Lee Assam, rapist, thief who the police proceeded in protecting unjustly, over his admitted financial relationships with Sheriff of Brevard County, Wayne Ivey, another defendant listed in the cases to consolidate and be heard as ONE Federal civil RICO matter for violations of Title 18 USC 1962 (c) over the collection of an illegal debt and as well, patterns of racketeering, which caused to destroy Ms. Lindberg's earlier owned Illinois clothing store business, which was the subject of the initial THEFT, Bruce Lee Assam proceeded to hire duplicate representation to impose intentional harm against The Plaintiff in a general sense, while adding to create the intentional confusion by way of filing the additional fraudulent claim against The Plaintiff by and through attorney Edward Melvin Fitzgerald's "filing," (later identified as the repeat act of misuse of documents and fraud as the case number was representative of two unrelated parties, changed after "summons" was "served," also violating the injunction in place, and added to the matters with the reported aggravated and repeat stalking committed against The Plaintiff on June 12, 13 and again in July 14, 2020, Vincent Alert Citro next proceeded to motion to the courts while connecting himself to this fraudulent case filing he understood was a fraudulent filing he proceeded to argue in the intentional wrong forum simply to create distraction to what fraudulent matters he caused centering around the

SABOTAGE to Ms. Lindberg's June 1, 2020 requested help with a criminal investigation against Bruce Lee Assam having threatened Ms. Lindberg's life, and raped her, which remains at this time, still incomplete and intentionally UN-INVESTIGATED by the police of Indian Harbour Beach, Florida, the SABOTAGE impacted Ms. Lindberg's ability to have the cooperation of the courts to demand that Bruce Lee Assam return the property of hers he in 2018 STOLE while having obtained ALL of Ms. Lindberg's personal and business property assets under false pretenses, which later has been made perfectly clear that he had no intention of ever delivering to her, as he had originally promised while claiming his hiring PRAGER moving company to relocate her business from Illinois to Florida was for the purpose of

establishing in it's form of capacity, the future business partnership to accompany marriage, both the move as well as the marriage engagement were destroyed by and through the repeat violence and threats of violence aimed at The Plaintiff from Bruce Lee Assam, who having hired Vincent Albert Citro to seek intentionally to destroy Ms. Lindberg's life completely and entirely, Ms. Lindberg argues that Bruce Lee Assam would not have been able to for this long, evade criminal consequences for his actions, had he not sought to have involved Vincent Albert Citro, whom Ms. Lindberg has and can continue to prove, is responsible for having caused to build a fake case against her, while including members of law enforcement to further harass her, ultimately causing to identify what meets the satisfactory elements of criminal conspiracy, acts which are malicious, oppressive, and fraudulent.

See attached COMPLAINT and MOTION TO AMEND COMPLAINT filed by Ms. Lindberg on 8/19/2020 (Exhibit A) and 9/14/2020 (Exhibit B) for lower tribunal case, Lindberg v. Citro 05-2020-CA-039021, later on earlier appeal through filing with the earlier non-final consolidated case matter, receiving an order for discovery, and as well, filed additional appeals, in two instances, over the meritless (two) orders "banning pro se" placed into the hands of BOTH of Bruce Lee Assam's attorneys, hired to wreak havoc on Ms. Lindberg's life and the earlier proceedings causing the complete MEYHEM rooted entirely in the proven, malicious intent. The civil case #5D20-2335 (certiorari) ordered to travel with two injunction petitions also ordered to proceed on petition for writ of certiorari last October by the 5DCA, then in February 2021, were transferred on petition for ALL WRITS to the Supreme Court of Florida as case #SC21-208. Since the filing of these original complaints (unheard due to obstructions of justice and the denial of due process), the matters have escalated to surround the topic of Ms. Lindberg's earlier filed case matters having resulted in the intentional miscarriage of justice caused by the departure from the essential courtroom procedures, which then followed to additionally cause for resulting in the additional VIOLENCE and RETALIATION against a witness, victim, and FBI informant (self-titled), which despite what fraudulent information appears in the online docket, (wrongly implying that there were actual hearings resulting in case dismissals) this listed information is UNTRUE and is additionally supported by FACTS of the combined evidence as it relates to the following case numbers:

1   6:21-cv-1372-RBD-GJK

2   6:21-cv-1417-RBD-GJK

3   6:21-cv-1544- RBD-GJK

4   6:21-cv-1587-RBD-GJK

New case filing on 10/13/21 against: Bruce Lee Assam, Larry Byrd, Eric Thompson, Sara Bernard, Edward Torres, Justin Petrae, Edward Melvin Fitzgerald, Stephanie Moss Dandridge, Wiliam Braselton, Melvin Howard, Theresa Goddard, Christa Pila, Dave Astolfi, Kathleen Van Meir

5 ──────→   6:21-cv-01704-RBD-EJK

Identifying The Plaintiff's interest in seeking justice over civil rights violations and visibly apparent violations of the Foreign Sovereign Immunities Act, through forced jurisdiction by the judges aiming to sabotage the proceedings, therefore committing federal fraud, in an attempt to cover up the earlier actions of the previous judges who acted biased towards favoring Bruce Lee Assam while proof in the form of transcripts identifies the rejection and denial of the evidence, fully and completely, proving the violence and fraud claims earlier placing The Plaintiff in the wrongful position of having to defend herself in response to having been "sued" by Bruce Lee Assam, which was an act of harassment launched her direction to force jurisdiction, as for Bruce Lee Assam believed that due to his "political ties," within his local community, he could manipulate the proceedings fully and completely, intending for The Plaintiff's cases to never reach the proper forum, which is essential to and with regard to filings against law enforcement officers being combined with civilian parties over the same subject matter qualifying the jurisdiction for hearing Federal civil RICO case matter topics, with the added element of DIVERSITY jurisdiction over the parties, and which remains to require federal investigation into the business practices of PRAGER moving company, etc., for exposing the identified patterned acts of racketeering to involve additional fraud which has not yet been referenced by The Plaintiff on petition to the Florida and Illinois Supreme Courts, necessary for order to STOP ENTERPRISE, order for ENFORCEMENT, and order of DIVESTITURE and to accommodate providing relief to Ms. Lindberg, Rico victim and the additional victim of the earlier un-prosecuted, reported Domestic Violence Injunction violation matters.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/19/2021

Signature of Plaintiff

Printed Name of Plaintiff    Lena Marie Lindberg

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# **CERTIFICATE OF SERVICE**

I certify that a copy hereof has been furnished to the clerk of the court for

the Eighteenth judicial circuit court in and for Brevard County, Florida,

Circuit civil, criminal and family divisions, Brevard County injunction

division, via email service at vierainjunctions@brevardclerk.us, and via

USPS mail delivery service at 2825 Judge Fran Jamieson Way, Viera, FL

32940, clerk of the Eighteenth judicial circuit court in and for Brevard

County Florida, for the appeals division via email service at

civil.law@brevardclerk.us, vis USPS mail delivery service at 2825 Judge

Fran Jamieson Way, Viera, FL 32940, Dept. of Financial Services Florida at

email address judy.gaitlin@myfloridacfo.com, the office of insurance

regulation for Brevard County, Florida at email address,

OIR_bailbonds@floir.com, Mr.Hal Uhrig at email address

huhrig@drfensegroup.com, and vis USPS mail delivery service at 529

Versailles Drive suite 104, Maitland, FL, 32751, Respondent, Raymond

Hornstein at email address rhornstein@pd18.net, and via USPS mail

delivery service at the office of the public defender at 2725 Judge Fran

Jamieson Way Building E, 2nd floor, Viera, FL 32940, Respondent, Colleen

Adkins DeGraff at email address cdegraff@pd18.net, and via USPS mail

delivery service at  2725 Judge Fran Jamieson Way Building E, 2nd floor,

Viera, FL 32940, to the department of administration's legal team at email

address legalteam@brevardclerk.us, to the office of the State Attorney for

the State of Florida in Brevard County, Mr. Robert Blaise Trettis vie email

service at BREVFELONY@PD18.NET, for the judicial assistant for the

Honorable Judge Robert Segal, judge for the appeals division of the

Eighteenth Judicial Circuit Court in and for Brevard County, Florida, Ms.

Debbie Lansing, at email address debbie.lansing@flcourts18.org, and via

USPS mail delivery service at 2825 Judge Fran Jamieson Way, Viera, FL

32940, to the judicial assistant for the Honorable Judge Samual Bookhardt

III via email service at christa.conklin@flcourts18.org, and vis USPS mail

delivery service at 2825 Judge Fran Jamieson Way, Viera, FL 32940, to the

attorney General via email service at address

crimappdab@myfloridalegal.com, and via USPS mail at 444 Seabreeze

Blvd. Fifth Floor, Daytona Beach, FL 32118, to the attorney for Respondent,

Bruce Lee Assam, Edward Melvin Fitzgerald, at email address

edward.fitzgerald@hklaw.com, and via USPS mail at 200 South Orange

Ave. Suite 2600 Orlando, FL 32801, to the Respondent Vincent Albert Citro at email address vince@horwitzcitrolaw.com, and via USPS mail at 17 E Pine st. Orlando, FL 32801, to the Respondent, Edward Melvin Fitzgerald via email address edward.fitzgerald@hklaw.com, and via USPS mail at 200 S Orange Ave. Suite 2600, Orlando, FL 32801, to the attorney for Respondent Jinelle Gilette, Edward Melvin Fitzgerald, at email address edward.fitzgerald@hklaw.com, and via USPS mail at 200 S Orange Ave. Suite 2600 Orlando, FL 32801, to the attorney for the Respondents, Detective Eric Thompson, Officer Tucker Moderson, Detective George Penley, Officer Christopher Shaw, Jeannie Hoffhine, Chief of Police David Butler, via service to email address pchapman@drml-law.com, and via USPS mail delivery service at 201 E Pine st. #1200 Orlando, FL, 32801, the judicial assistant for the Honorable Christina Serrano, Ms. Carmen Reyes, at email address carmen.reyes@flcourts18.org, and via USPS mail 2825 Judge Fran Jamieson Way, Viera, FL 32940, to the judicial assistant for the Honorable Judge George Maxwell, Ms. Carmen Reyes, at carmen.reyes@flcourts18.org, and via USPS mail at 2825 Judge Fran Jamieson Way, Viera, FL 32940, to the judicial assistant for the honorable judge David Silverman, Ms. Kelsey Chase, at email address kelsey.chase@flcourts18.org, and vis USPS mail to 2825 Judge Fran

Jamieson Way, Viera, FL 32940, to the judicial assistant for the Honorable

Judge Michelle Naberhaus, Ms. Theresa Goddard, at email address

theresa.goddard@flcourts18.org, and vis USPS mail to address 2825

Judge Fran Jamieson Way, Viera, FL 32940, to the judicial assistant for the

Honorable Judge William David Dugan, Ms. Monica Gabbard, at email

address monica.gabbard@flcourts18.org, and via USPS mail service at

2825 Judge Fran Jamieson Way, Viera, FL 32940, for the judicial assistant

assistant for The Honorable Judge George Turner III, Ms. Christa Conklin,

at email address christa.conklin@flcourts18.org, and vis USPS mail to

address 51 Neiman Ave. Melbourne, FL 32901, to the Fifth District Court of

Appeals in and for Brevard County, Florida at email address

brevardappeals@brevardclerk.us, and via USPS mail delivery service at

300 South Beach Street, Daytona Beach, FL 32114, Clerk of the Circuit

Court at USPS mail delivery address P.O. Box 219 Titusville, FL

32781-0219, via email service to the Florida Supreme Court at

FSC@flcourts.org, and to the Clerk of Court for the Florida Supreme Court

at tomasino@flcourts.org,  to the Fifth District Court of Appeals via email

service brevard5dcaappeals@brevardclerk.us, to the United States

Sentencing Commission Office of Public Affairs via email address,

pubaffairs@ussc.gov, and via USPS mail delivery service to address One

Columbus Circle, NE Suite 2-500, South lobby, Washington D.C.,

20002-8002, to the Illinois District Court Second Municipal District Court in

and for Cook County, Illinois via email address

ccc.skokiecivil202@cookcountyil.gov, and via USPS mail to Cook County

Circuit Court Second Municipal District 5600 Old Orchard rd. Suite 219,

Skokie, IL 60077, to the attorney for Respondent  Illinois Larry Byrd, Mr.

Robert Dawidiuk at rdawidiuk@collinslaw.com, and via USPS mail to

address 1770 Park St. suite 200 Naperville, IL 60536, to Presiding Illinois

Judge, The Honorable Judge Jeffrey Warnick at email address,

ccc.skokiecivil202@cookcountyil.gov, and vis USPS mail delivery service at

5600 Old Orchard Rd. Suite 219, Skokie, IL 60077, to the Clerk of the

Circuit Court of Administrative Building in and for Cook County, Illinois at

222 N Lasalle St. Chicago, IL, 60601,  Clerk of the Circuit Court at USPS

mailing address, Richard J Daley Center 50 W Washington St. Suite 1001,

Chicago, IL 60602, to Ms. Gina Esposito, in the Clerk's office at the State of

Illinois First District Court of Appeals, Fifth Division, 160 N Lasalle St. Room

1400 Chicago, IL 60601, to the Illinois Supreme Court at address 200 E

Capital Ave. Springfield, IL 62701, to the Supreme Court of the United

States of America at USPS mailing address One First st. NE, Washington

D.C. 20543, Office of State Court Administration for the State of Florida at

mailing address, The Supreme Court Building 500 South Duval,

Tallahassee, FL 32399-1900, to the office of the State Attorney for the State

of Florida, Mr. Phil Archer, at 2725 Judge Fran Jamieson Way, Building E,

2nd floor, Viera, FL 32940, to the Clerk of Court Administration at 3101 Old

Jacksonville Rd., Springfield, IL 62704, on

Signed this  October 19, 2021 by:  _____

Lena Marie Lindberg,  *Pro Se*
P.O. Box 372598
Satellite Beach, FL 32937
929-286-2229
safariassistant@gmail.com

**This Document is being filed under the cause using the Middle District of Florida filing option via the website for litigants without registered access to file using the attorney filing system. This information is being provided also to the related case parties, for which cases have not yet been consolidated pending future transfer to be heard as one Federal Civil RICO Act case matter. These parties, which cases are pending in the Florida Supreme Court, and Illinois Supreme Court are listed above in this Certificate of Service.**