UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LENA MARIE LINDBERG,

    Plaintiff,

v.                                                Case No. 6:21-cv-1746-RBD-GJK

VINCENT ALBERT CITRO;
UNKNOWN BREVARD COUNTY
ANIMAL SHELTER EMPLOYEE #1;
UNKNOWN BREVARD COUNTY
ANIMAL SHELTER EMPLOYEE #2;
CARLY CHRISTENSEN; RICHARD
APPLEBAUM; KIMBERLY
BARDING; C. THOMPSON; HADI
KHOURI; BRUCE BARNETT; JIM
BLISS; KELLI; LAURIE; LORI
FRANCIS; UNNAMED GUNMAN;
AUBREY BARBER; SAMUAL
EDWARDS; PHILIP GLEN
ARCHER; M. MATHERS; PATRICIA
REGO CHAPMAN; KELLY CHASE;
DAVID SILVERMAN; UNNAMED
"AUCTIONEER"; DAVID WILES;
CRAIG FINKLESTEIN; HAROLD
UHRIG; ROBERT BLAISE TRETTIS;
"GAIL"; JAQUELYN ARES;
ROBERT DAWIDIUK; UNNAMED
BURGLARY ACCOMPLICE #1;
UNNAMED BURGLARY
ACCOMPLICE #2; UNNAMED
BURGLARY ACCOMPLICE #3;
JEANNIE HOFFHINE; DAVID
BUTLER; CHRISTOPHER SHAW;
GEORGE PENLEY; TUCKER

MODERSON; EDWARD MELVIN FITZGERALD; BRUCE LEE ASSAM; JINELLE GILLETTE; and ERIC THOMPSON,

    Defendants.
_____

## ORDER

Plaintiff filed a *pro se* Complaint against Defendants, alleging theft, illegal arrest, sexual assault, grand larceny, and other crimes. (Doc. 1.) Given Plaintiff's pattern of filing frivolous documents, the Court previously entered an Order in seven other cases filed by Plaintiff requiring that all future filings in any case be reviewed for frivolity. *See, e.g.*, No. 6:21-cv-1372-RBD-GJK, Doc. 20. So on referral, U.S. Magistrate Judge Gregory J. Kelly entered a Report and Recommendation submitting that the Court should dismiss the Complaint with prejudice as unintelligible, frivolous, and noncompliant with the Federal Rules of Civil Procedure. (Doc. 4, p. 4 ("R&R").)

The parties did not object and the deadline has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 4) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. The Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 18, 2021.



ROY B. DALTON JR.
United States District Judge

Copies to:
*Pro se* Plaintiff Lena Marie Lindberg