# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LENA MARIE LINDBERG,

    Plaintiff,

v.                                       Case No. 6:21-cv-1746-RBD-GJK

VINCENT ALBERT CITRO;
UNKNOWN BREVARD COUNTY
ANIMAL SHELTER EMPLOYEE #1;
UNKNOWN BREVARD COUNTY
ANIMAL SHELTER EMPLOYEE #2;
CARLY CHRISTENSEN; RICHARD
APPLEBAUM; KIMBERLY
BARDING; C. THOMPSON; HADI
KHOURI; BRUCE BARNETT; JIM
BLISS; KELLI; LAURIE; LORI
FRANCIS; UNNAMED GUNMAN;
AUBREY BARBER; SAMUAL
EDWARDS; PHILIP GLEN
ARCHER; M. MATHERS; PATRICIA
REGO CHAPMAN; KELLY CHASE;
DAVID SILVERMAN; UNNAMED
"AUCTIONEER"; DAVID WILES;
CRAIG FINKLESTEIN; HAROLD
UHRIG; ROBERT BLAISE TRETTIS;
"GAIL"; JAQUELYN ARES;
ROBERT DAWIDIUK; UNNAMED
BURGLARY ACCOMPLICE #1;
UNNAMED BURGLARY
ACCOMPLICE #2; UNNAMED
BURGLARY ACCOMPLICE #3;
JEANNIE HOFFHINE; DAVID
BUTLER; CHRISTOPHER SHAW;
GEORGE PENLEY; TUCKER

MODERSON; EDWARD MELVIN
FITZGERALD; BRUCE LEE ASSAM;
JINELLE GILLETTE; and ERIC
THOMPSON,

      Defendants.

_____

### ORDER

Plaintiff filed a *pro se* Complaint against Defendants, alleging theft, illegal arrest, sexual assault, grand larceny, and other crimes. (Doc. 1.) Over a year after the Court dismissed Plaintiff's Complaint, she moved to appeal *in forma pauperis* ("IFP"). (Doc. 13; Doc. 17 ("Motion").) On referral, U.S. Magistrate Judge Daniel C. Irick recommends the Court deny the Motion because the appeal is not taken in good faith. (Doc. 20 ("R&R").) Plaintiff did not object to the R&R, but rather filed another IFP motion. (*See* Doc. 21.) To the extent this additional filing is meant as an objection to the R&R, it is due to be overruled; it does not cure any deficiencies identified in the R&R and rehashes arguments the Court has found unavailing many times over. (*See id.* ("Objection")); 28 U.S.C. § 636(b)(1). So the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The Objection (Doc. 21) is **OVERRULED**.

2.     The R&R (Doc. 20) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

3.  Plaintiff's Motion (Doc. 17) is **DENIED**. Plaintiff's appeal is not taken in good faith.

4.  The Clerk is **DIRECTED** to notify the Eleventh Circuit of this Order in accordance with Fed. R. App. P. 24(a)(4).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 18, 2023.

ROY B. DALTON JR.
United States District Judge