# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LENA MARIE LINDBERG,

    Plaintiff,

v.                                                                                          Case No. 6:21-cv-1746-RBD-DCI

VINCENT ALBERT CITRO; UNKNOWN BREVARD COUNTY ANIMAL SHELTER EMPLOYEE #1; UNKNOWN BREVARD COUNTY ANIMAL SHELTER EMPLOYEE #2; CARLY CHRISTENSEN; RICHARD APPLEBAUM; KIMBERLY BARDING; C. THOMPSON; HADI KHOURI; BRUCE BARNETT; JIM BLISS; KELLI; LAURIE; LORI FRANCIS; UNNAMED GUNMAN; AUBREY BARBER; SAMUAL EDWARDS; PHILIP GLEN ARCHER; M. MATHERS; PATRICIA REGO CHAPMAN; KELLY CHASE; DAVID SILVERMAN; UNNAMED "AUCTIONEER"; DAVID WILES; CRAIG FINKLESTEIN; HAROLD UHRIG; ROBERT BLAISE TRETTIS; "GAIL"; JAQUELYN ARES; ROBERT DAWIDIUK; UNNAMED BURGLARY ACCOMPLICE #1; UNNAMED BURGLARY ACCOMPLICE #2; UNNAMED BURGLARY ACCOMPLICE #3; JEANNIE HOFFHINE; DAVID BUTLER; CHRISTOPHER SHAW; GEORGE PENLEY; TUCKER

MODERSON; EDWARD MELVIN FITZGERALD; BRUCE LEE ASSAM; JINELLE GILLETTE; and ERIC THOMPSON,

    Defendants.
_____

## ORDER

Plaintiff filed a *pro se* Complaint against Defendants. (Doc. 1.) Over a year after the Court dismissed Plaintiff's Complaint, she moved to appeal *in forma pauperis*. (Docs. 13, 17.) The Court denied that motion because the appeal was not taken in good faith. (Doc. 23.) Now Plaintiff files another motion to appeal *in forma pauperis*. (Doc. 27 ("Motion").) On referral, U.S. Magistrate Judge Daniel C. Irick recommends the Court deny the Motion again because the appeal is still not taken in good faith. (Doc. 29 ("R&R").) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 29) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2. Plaintiff's Motion (Doc. 27) is **DENIED**. Plaintiff's appeal is not taken in good faith.

3. The Clerk is **DIRECTED** to notify the Eleventh Circuit of this Order in accordance with Fed. R. App. P. 24(a)(4).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 12, 2023.

ROY B. DALTON JR.
United States District Judge